KEVIN D. GAMARNIK (273445)
*kgamarnik@foleybezek.com*
FOLEY BEZEK BEHLE & CURTIS, LLP
575 Anton Boulevard, Suite 710
Costa Mesa, California 92626
Telephone: (714) 556-1700
Facsimile: (714) 546-5005

AARON L. ARNDT (290748)
*aarndt@foleybezek.com*
JORDAN A. LIEBMAN (317930)
*liebman@foleybezek.com*
FOLEY BEZEK BEHLE & CURTIS, LLP
15 West Carrillo Street
Santa Barbara, California 93101
Telephone: (805) 962-9495
Facsimile: (805) 962-0722

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABITHA SPERRING, PAISLIE MARCHANT, and SALLY POSTON, individually and on behalf of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>LLR, INC., a Wyoming corporation; LULAROE, LLC, a California limited liability company; LENNON LEASING, LLC, a Wyoming limited liability company; MARK A. STIDHAM, an individual; DEANNE S. BRADY a/k/a DEANNE STIDHAM, an individual; and DOES 1-30, inclusive,<br>Defendants. | Case No. 5:19-cv-00433-AB-SHK<br><br>*Assigned to Hon. Andre Birotte Jr., Ctrm 7B*<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN ORDER DISMISSING THE ACTION <u>WITH PREJUDICE</u> UNDER FED. RULES. CIV. PROC. § 41(a)(2)**<br><br>Date:  September 27, 2019<br>Time:  10:00 a.m.<br>Ctrm:  7B |

1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on September 27, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard in Department 7B of the above-entitled court, located at 350 West First Street, Los Angeles, California 90012, Plaintiffs Tabitha Sperring, Paislie Marchant, and Sally Poston (collectively, "Plaintiffs") will, and hereby do, move the court to grant Plaintiffs' request for a voluntary dismissal with prejudice under Fed. R. Civ. P. 41(a)(2) so that Plaintiffs can immediately appeal the Court's July 23, 2019 Order granting Defendants' Motion to Compel Arbitration ("Order").

Plaintiffs make this motion under Fed. R. Civ. P. 41(a)(2).

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on August 13, 2019.

Plaintiffs' motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the pleadings and papers on file in this action, and on such other and further argument and evidence as the Court may properly receive.

Dated: August 29, 2019             FOLEY BEZEK BEHLE & CURTIS, LLP

                                   By: */s/ Kevin D. Gamarnik*
                                       KEVIN D. GAMARNIK
                                       AARON L. ARNDT
                                       JORDAN A. LIEBMAN
                                       *Attorneys for Plaintiffs*

## MEMORANDUM OF POINTS AND AUTHORITIES

This case concerns a putative class action where former and current LuLaRoe Consultants are alleging, among other things, that Defendants[1] operate and promote an illegal pyramid scheme, violated state securities laws, and violated other statutes arising from allegedly fraudulent conduct.

On or about July 23, 2019, the Court granted Defendants' Motion to Compel Arbitration, staying the action ("Order").

In Plaintiffs' view, the Order has so damaged their case that seeing their cases through the arbitration process would be a waste of resources for Plaintiffs. Among other things, arbitrating their claims will not be economically feasible and, in Plaintiffs' view, the arbitration forum, waivers, and procedures mandated by the arbitration provision at issue are biased against Plaintiffs. Additionally, Plaintiffs wish to prosecute their claims on a class-wide basis and believe that the Order is fatal to such an action.

Consequently, in order for Plaintiffs to seek immediate appellate review of the Order, Plaintiffs request that the Court grant their request for a voluntary dismissal with prejudice under Fed. R. Civ. P. 41(a)(2). *See Omstead v. Dell, Inc.*, 594 F.3d 1081 (9th Cir. 2010) (providing that "a plaintiff that deems an interlocutory ruling to be so prejudicial as to deserve immediate review … has the alternative of dismissing the complaint voluntarily [with prejudice]" by obtaining an order under Fed. R. Civ. P. 41(a)(2); *see also John's Insulation v. L. Addison & Assocs*. 156 F.3d 101, 107 (1st Cir. 1998).

///

///

///

---

[1] The term "Defendants" collectively refers to LLR, Inc., LuLaRoe, LLC, Lennon Leasing, LLC, Mark A. Stidham and Deanne S. Brady (a/k/a DeAnne Stidham). The term "Plaintiffs" collectively refers to Tabitha Sperring, Paislie Marchant, and Sally Poston.

**MOTION FOR AN ORDER DISMISSING ACTION WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | Dated: August 29, 2019 | FOLEY BEZEK BEHLE & CURTIS, LLP |
| 2 | | |
| 3 | | By: */s/ Kevin D. Gamarnik* |
| | |    KEVIN D. GAMARNIK |
| 4 | |    AARON L. ARNDT |
| 5 | |    JORDAN A. LIEBMAN |
| | |    *Attorneys for Plaintiffs* |

**MOTION FOR AN ORDER DISMISSING ACTION WITH PREJUDICE**