UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | ED CV 19-00433-AB (SHKx) | Date: | October 10, 2019 |
|---|---|---|---|

| Title: | *Tabitha Sperring et al. v. LLR, Inc. et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] ORDER granting Plaintiffs' un-opposed motion for an order dismissing this action with prejudice and VACATING hearing**

Before the Court is Plaintiffs Tabitha Sperring, Paislie Marchant, and Sally Poston's ("Plaintiffs") motion for a voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(2). (Dkt. No. 33). Defendants LuLaRoe, LLC, LLR, Inc., Lennon Leasing, LLC, Mark Stidham, and DeAnne Brady have filed a notice of non-opposition to Plaintiffs' motion. (Dkt. No. 38). The Court accordingly **GRANTS** Plaintiffs' motion for a voluntary dismissal with prejudice under Rule 41(a)(2). The hearing on this motion, scheduled for October 11, 2019, is **VACATED**.

**IT IS SO ORDERED.**