Name  Justin P. Karczag, SBN 223764

Address  1100 Wilshire Boulevard, Suite 3305

City, State, Zip  Los Angeles CA 90017-1955

Phone  (213) 559-7395

Fax  (213) 559-7396

E-Mail  justin@encorelaw.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABITHA SPERRING, PAISLIE MARCHANT, and SALLY POSTON, individually and on behalf of similarly situated persons, <br> v.                                                                              **PLAINTIFF(S)**, <br> LLR, INC., a Wyoming Corpora    LULAROE, LLC, a California limited liability company; LENNON LEASING LLC, a Wyoming limited liability company; MARK A. STIDHAM, an individual; DEANNE S. BRADY a/k/a DEANNE STIDHAM, an individual; and DOES 1-30, inclusive                                   **DEFENDANT(S).** | CASE NUMBER: <br><br> 5:19-cv-00433-AB-SHK <br><br><br> **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that TABITHA SPERRING, PAISLIE MARCHANT and SALLY POSTON hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
Doc. 40 - ORDER granting Plaintiffs' un-opposed motion for an order dismissing this action with prejudice and vacating hearing

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on    October 10, 2019    . Entered on the docket in this action on  10/10/2019    .

A copy of said judgment or order is attached hereto.

November 7, 2019

Date                                              Signature
                                                  ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:**   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                   **NOTICE OF APPEAL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | ED CV 19-00433-AB (SHKx) | Date: | October 10, 2019 |
|---|---|---|---|

| Title: | *Tabitha Sperring et al. v. LLR, Inc. et al.* |
|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] ORDER granting Plaintiffs' un-opposed motion for an order dismissing this action with prejudice and VACATING hearing**

Before the Court is Plaintiffs Tabitha Sperring, Paislie Marchant, and Sally Poston's ("Plaintiffs") motion for a voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(2). (Dkt. No. 33). Defendants LuLaRoe, LLC, LLR, Inc., Lennon Leasing, LLC, Mark Stidham, and DeAnne Brady have filed a notice of non-opposition to Plaintiffs' motion. (Dkt. No. 38). The Court accordingly **GRANTS** Plaintiffs' motion for a voluntary dismissal with prejudice under Rule 41(a)(2). The hearing on this motion, scheduled for October 11, 2019, is **VACATED**.

    **IT IS SO ORDERED.**